IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FELIX ORIAKHI,** | * | |
| | * | |
| v. | * | Criminal No. **PJM 90-072** |
| | * | Civil No. **PJM 10-1052** |
| **UNITED STATES OF AMERICA** | * | |

## MEMORANDUM OPINION

The Court has before it Petitioner Felix Oriakhi's Motion for Relief from Judgment Pursuant to Rule 60(b) (Dkt. 859). This is yet another in a stream of post-conviction proceedings filed by Petitioner.

He has not shown that the Fourth Circuit has authorized yet another of his successive petitions for relief.

Accordingly, the Motion is **DENIED.**

The Court concludes here, as it has in the past, that there is no basis to grant a certificate of appealability.

But Petitioner may seek leave from the Fourth Circuit for permission to file a successive petition.

A separate Order shall **ISSUE.**

                                                        /s/
                                       **PETER J. MESSITTE**
                              **UNITED STATES DISTRICT JUDGE**

May 10, 2013